**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

February 05, 2009

Thomas Landis Esq Law Office
Four Greenwood Square 3325 Street, Suite 220
Bensalem, PA 19020

Re: Bonnie Doggett

, AL

Consumer's account: 

LASPD file number: 423

Dear Sir or Madam:

Please be advised that we represent Bonnie Doggett regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. Doggett. As you will see, Ms. Doggett's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for a payment arrangement or settlement. We therefore request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

Jeff Whitehead,
Supervising Attorney
Enc.



**Legal Advocates for Seniors and People with Disabilities**
1111 North Wells, Suite 300, Chicago, IL, 60610
312-787-0654
Fax: 312-787-0735
E-Mail: LASPD@clclaw.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Ellen Moyle, Supervisory Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf and attempt to resolve any debt which may be due and owing to said creditors. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: _Bonnie Doggett_
First Client

SIGNED: _Bonnie Doggett_
First Client

DATED: _10/5/05_

PRINTED NAME: _____
Second Client

SIGNED: _____
Second Client

DATED: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _5th_ DAY OF _October_, 200_5_.

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 13, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

_Iney Nelson_
NOTARY PUBLIC

5

**Legal Advocates for Seniors and People with Disabilities**
1111 North Wells, Suite 300, Chicago, IL, 60610
312-787-0654
Fax: 312-787-0735
E-Mail: LASPD@clclaw.org

Edward Grossman, Executive Director
Marta C. Bukala, Deputy Director
Ellen Moyle, Supervisory Attorney

**To our Client:**

Please help us to help you. The best way to give creditors a full understanding of your financial information is by filling out this affidavit as **completely, neatly and accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND ASSETS

Please put a checkmark to indicate only those sources of income that you receive and put the amount you receive each month in the appropriate column.

**I. Sources of Income (and Monthly Amounts) which are Protected by Law:**

| Source of Income | Monthly Amount |
|---|---|
| (X) Social Security benefits (includes Supplemental Security Income (SSI) and Retirement, Survivors, Disability Insurance (RSDI) | $ [redacted] |
| ( ) Disability benefits (includes long & short-term benefits) | $ |
| ( ) Pension benefits (ERISA) and IRA's | $ |
| ( ) Veterans' benefits | $ |
| ( ) Public Aid benefits | $ |
| ( ) Workers' Compensation benefits | $ |
| ( ) Unemployment benefits | $ |
| ( ) Child support and/or maintenance (alimony) | $ |

**II. Other Sources of Income NOT Listed Above :**

| Source | Monthly Amount |
|---|---|
| _____ | $_____ |
| _____ | $_____ |

**THE NEXT PAGE IS VERY IMPORTANT TO COMPLETE IF WE ARE GOING TO REPRESENT YOU PROPERLY. PLEASE FILL IN EVERY SPACE THAT APPLIES TO YOU AND PUT AN (X) IN ANY SPACE THAT DOES NOT APPLY TO YOU.**

6

**III. Assets:**

a) House or real estate valued at: $_____X_____ which includes a mortgage and/or home equity loan(s) of $_____X_____. (The value of your home is the amount that you could sell it for if you were going to sell it. A local real estate broker may be able to help you determine this amount. The mortgage amount and/or the home equity loan should be the total amounts outstanding.)
b) $____[redacted]____ worth of all personal property (for example, clothing, furniture, electronics and bank accounts).
c) A motor vehicle valued at $___X___ which includes a total amount owed of $___X___ on a vehicle loan. (You can find the trade-in value of your car at websites such as www.kbb.com and www.edmunds.com or by looking at the Kelley Blue Book at your local library. Alternatively, you can ask a local car dealer. **If you own more than one vehicle, please list this information in section IV below.**)
d) $_____X_____ received from the sale of real estate within the past 12 months.
e) $_____X_____ of life insurance benefits due to the death of an immediate family member within the past 12 months.
f) $_____X_____ which I have received or expect to receive from a personal injury case involving me within the past 12 months.
g) An award to me under state crime victims' compensation laws of $_____X_____.

**IV. Other Assets Not Listed Above:**

_____ valued at $_____
_____ valued at $_____
_____ valued at $_____
_____ valued at $_____

The above-listed information has been carefully provided by me. I have disclosed all of my sources of income and my assets. I understand the purpose of this affidavit and have voluntarily signed it.

PRINTED NAME: Bonnie Doggett
               First Client

SIGNED: Bonnie Doggett
               First Client

DATED: 10/5/05

PRINTED NAME: _____
                    Second Client

SIGNED: _____
                    Second Client

DATED: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS 5th DAY OF October, 2005.

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 13, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

_Ms Nelson_
NOTARY PUBLIC

7

# NetCFax Sent Fax transmission report
# Fax sent at: 4:01:31 PM, 02/05/2009

Server: fileserver at IP address 192.168.0.21

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.

NB - This fax was sent using your cover page layout as specified.

### THIS FAX WAS SENT SUCCESSFULLY...

| | |
|---|---|
| Fax Status: | NORMAL |
| NetCFax Fax ID #: | 32955 |
| To Fax #: | 12156423401 |
| To Name: | |
| To Company: | Thomas Landis Esq |
| From Fax Number: | 13122631637 |
| From Voice Number: | 13122631633 |
| From Name: | Jeff Whitehead |
| From Company: | LASPD |
| **Subject:** | **Bonnie Doggett /** ▓▓▓ |
| **Time Sent:** | **16:01:31** |
| **Date Sent:** | **2009-02-05** |
| Sending Time: | 2 mins 56 secs |
| **Total Pages:** | **Cover page plus 5 attached pages.** |

No comments were included on cover page...

### END OF TRANSMISSION REPORT...